IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION
10TH March 2011

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 21 2011

DAVID J. MALAND, CLERK
BY
DEPUTY_____

**Basil A Rasheed**
    **Plaintiff**
V.                                    Case No: CV._511 CV - 80_
**Church & Dwight Co. , Inc.**
    **Defendant**

## Complaint

    Comes now the Plaintiff, Basil Rasheed, Pro Se. I will borrow this:$350.00 due to this $350.00 was paid as filing fee and not allowed the constitution right to a jury trial. In form of Paupers surly not. I request U. S.District David Folson conduct all procedure. Due to the fact U. S. Magistrate Judge Carolin Graven statement: I had no business in the conference room, no consent form was signed by the plaintiff. I request respectfully the constitutional right in Civil cause Fed.R.CivilP.38 and Justice and equality and the scale.

    This cause of action in light of several correspondence and return from Consumer Relation Representative, Carolyn Rielly and Senior Consumer Relation Representative Mary Davidson: OO4131324J. Church & Dwight Co, inc. 469 North Harrison Street, Princeton, NJ 08543-5297

    Irritation, infection while using Trojan- lubricated condom. The life long use of the product dates back to the sales of (2) two in a pack sold in service station bathroom machine's, Bus stations, Hotels and Motels Men rooms the sale price (50¢) fifty cent. I use for some(46) forty six years . My age is (63) years old. Having been a general contractor and use of gloves and paint made of latex. Year after year, why this one incident? There is a first time for everything. Dr, Robert Fry allergic contact dermatitis/ Latex reaction. Reaction Jermatitis "This an allergy to something in contact and chemicals are common causes." "Typically and the reaction is severe blisters may develop" "If signs of infection occur such as spreading," Ectal!!!! W115292576. 04/04/09.

    I have no health insurance and no aid from Church & Dwight Co, inc. Spreading from feet to face occurred! I an not well yet! If not for Overton Brooks Va Medical Center, 510 East Stoner Ave. Shreveport, LA 71101. What would I look like at such time? This chemical cooked my testicles and penis.

1

This effected my quality of life. Pain at times are intolerable, suffering intolerable, emotional stress, mental anguish, Prominent disfiguring! The pain is to the bone! The 7th Amendment demands the right to trial by jury. Then the 14th Amendment of the United States Constitution. Is the demand for due process of law and equal protection under the law. Fact being Church & Dwight product Trojan condom, were sold frequent where men visit. This being bus stations, hotels, motels, in men restrooms, Etc.al.

Once more I do so respectful request the demand of my constitutional right to The 7th Amendment trail by jury is preserved by Fed. R. Civil P.38 Then to the 14th Amendment of the United States Constitution ratified in 1808. Due process of law, is in denial of equal protection of the laws. Ect.al !

In this cause of action it's fact this is a health and citizen issue. Negligence, Etc. al, contributory.

## CONCLUSION

Wherefore the plaintiff Basil Rasheed respectfully pray that this honorable court grant his the following relief:

1. Compensatory damages, $777,000.00.
2. Exemplary and punitive damage $777,000.00.
3. Interest and tax paid by defendants.
4. Past, current and future medical care.
5. Plaintiff expert witness and witness be paid their days wages by defendants and travel pay.
6. Defendants pays all costs, court and expenses.
7. For any and all additional relief the court deems just, fair and proper.
8. Bills request from V. A. Medical Center be provided under the Freedom of information act. C.Richfax318-212-1185 AFFIDAVIT
9. The plaintiff demand a trial by jury. Sublime.

Respectfully Submit
*Basil Rasheed*
Basil Rasheed
205 Brown Street
Texarkana, TX 75501
*Basil Rasheed*
Basil Rasheed

Church & Dwight Co. Inc.
469 North Harrison Street
Princeton, NJ. 08543-5297